FILED
CHARLOTTE, N.C.

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:02CR126-03-MU |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| | ) | |
| (03) ABEL PANUCO | ) | |

This matter is before the Court upon Motion of the Government requesting that Defendant's sentence be reduced pursuant to Fed. R. Crim. P. 35(b) and Title 18, United States Code, Section 3553(e).

The Court finds, for the reasons stated in the Government's motion, Defendant has provided substantial assistance to the Government through debriefings with law enforcement and as a sentencing and trial witness, since the imposition of his sentence of supervised release by Order of this Court on February 4, 2005.

IT IS THEREFORE, ORDERED that Defendant's sentence be terminated upon payment of his fees or special assessments still owing.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

This the 5th day of May 2005.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE